IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **STAN JENNINGS,** | )( | Civil Action No.:3:17-cv-243 |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **BRAZORIA COUNTY, TEXAS, and** | )( | |
| **MAINTENANCE SUPERVISOR JONES,** | )( | |
| *Individually,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE COURT:**

Plaintiff Stan Jennings and Defendants Brazoria County and Chad Jones, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, file this Stipulation of Dismissal, with Prejudice, of all Plaintiff's and Defendants' claims raised or that could have been raised in the above styled and numbered action.

                                              Respectfully submitted,

                                              <u>**/s/** Randall L. Kallinen</u>
                                              Randall L. Kallinen
                                              Kallinen Law PLLC
                                              U.S. Southern District of Texas Bar No.: 19417
                                              State Bar of Texas No.: 00790995
                                              511 Broadway Street
                                              Houston, Texas 77012
                                              Telephone:   713-320-3785
                                              Facsimile:    713-893-6737
                                              **Counsel for Plaintiff**

Agreed as to form and substance:

/s/ Raethella Jones
Raethella Jones
Assistant District Attorney
Civil Division
SBN: 75007981
FBN: 30261
Brazoria County District Attorney's Office
111 E. Locust St., Suite 408A
Angleton, Texas 77515
Email: rjones@brazoriacounty.com
Phone:	979 864-1233
Fax:	979 864-1712

## **CERTIFICATE OF CONFERENCE**

I conferred in good faith with defendants' counsel by email and telephone on January 2, 2019 and she Agreed to the stipulation of dismissal.

/s/ Randall L. Kallinen
Randall L. Kallinen

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on this 2nd day January 2019.

/s/ Randall L. Kallinen
Randall L. Kallinen