IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STAN JENNINGS, | )( | |
| | )( | |
| Plaintiff, | )( | CIVIL ACTION NO.:3:17-cv-243 |
| | )( | |
| V. | )( | (JURY TRIAL) |
| | )( | |
| BRAZORIA COUNTY, TEXAS, and | )( | |
| MAINTENANCE SUPERVISOR JONES, | )( | |
| *Individually*, | )( | |
| | )( | |
| *Defendants*. | )( | |

## UNOPPOSED RANDALL L. KALLINEN'S MOTION TO WITHDRAW

**TO THE HONORABLE GEORGE C. HANKS:**

COMES NOW Randall L. Kallinen and files this Unopposed motion to withdraw as attorney for plaintiff Stan Jennings in this civil action and sets forth as follows:

## ARGUMENT and AUTHORITY

Plaintiff informed Kallinen that he no longer wants Kallinen working on his case.

Kallinen has informed Plaintiff he is withdrawing from this case.

Plaintiff's current address is Stan Jennings, 117 Gardenia, Lake Jackson, Texas 77566.

## PRAYER

Randall L. Kallinen requests he be allowed to withdraw and requests all other relief in law and/or equity to which he shows himself entitled.

Respectfully Submitted,

/s/ Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas No. 00790995
Southern District of Texas Bar No.: 19417
Admitted, U.S. Supreme Court, 5th U.S. Circuit Court of Appeals,
& Southern, Eastern & Western Districts of TX

511 Broadway Street  
Houston, Texas 77012  
Telephone:   713.320.3785  
FAX:         713.893.6737  
Email:       AttorneyKallinen@aol.com  
Attorney for Plaintiff

**CERTIFICATE OF CONFERENCE**

I conferred in good faith with defendants' counsel by email January 7th, 2019 and she was Unopposed to the relief sought after the case is dismissed.

/s/ Randall L. Kallinen  
Randall L. Kallinen

**CERTIFICATE OF SERVICE**

I certify that I have served a true and correct copy of the foregoing upon all counsel of record and pro se parties on this the 8th day of January 2019, by filing with the ECF system of the U.S. Southern District of Texas.

/s/ Randall L. Kallinen  
Randall L. Kallinen